UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC MARTIN,

    Plaintiff,

v.

ROBERT HURST, et al.,

    Defendants.

                              /

Case No. 2:24-cv-11155

HONORABLE STEPHEN J. MURPHY, III

## ORDER DISMISSING CASE

Pro se Plaintiff Eric Martin sued Defendants Robert Hurst, Erane Washington, Rachel McDuffie, and Ryan Sass. ECF 1. On May 1, 2024, the Court ordered Plaintiff to pay the filing fee or apply to proceed in forma pauperis no later than May 15, 2024. ECF 3. The Court warned that failure to pay the filing fee or apply to proceed in forma pauperis could result in dismissal of the case. *Id.* To date, Plaintiff has neither paid the filing fee nor applied to proceed in forma pauperis. The Court will therefore dismiss the case.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

This is a final order that closes the case.

**SO ORDERED.**

                                  s/ Stephen J. Murphy, III
                                  STEPHEN J. MURPHY, III
                                  United States District Judge

Dated: May 28, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2024, by electronic and/or ordinary mail.

s/ R. Loury
Case Manager
