UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC MARTIN,

        Plaintiff,

Case No. 2:24-cv-11155

HONORABLE STEPHEN J. MURPHY, III

v.

ROBERT HURST, ET AL.,

        Defendants.
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated May 28, 2024, Plaintiff's claims are dismissed without prejudice.

                                    KINIKIA ESSIX
                                    CLERK OF THE COURT

                                    BY: s/ R. Loury

Dated: May 28, 2024

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE