POOR QUALITY ORIGINAL

4

United States District Court
Eastern District of Michigan
Southern Division

FILED
CLERK'S OFFICE
AUG 2 3 2024
U.S DISTRICT COURT
EASTERN MICHIGAN

Eric Martin,
Plaintiff - Appellant,                    No. 2:24 -
            v.                            CV - 11155

~~Robert F~~
Ryan Sass, et al.,                        Judge
Defendants - Appellees.                   Stephen
                                          Murphy III

Notice of Appeal

Notice is hereby given
that Eric Martin, the Appell-
ant, hereby appeals to the
United States Court of Appeals
for the Sixth Circuit
from the Judgement, Order
dated 5-28-24 in this

case,

6-8-24                    Eric Martin
Dated                    Eric Martin
                         Appellant

2

august
~~June~~ 19, 2024

Court Clerk
United States
District Court
Eastern District
of Michigan
231 W Lafayette Blvd
Detroit, Mi 48226

RE: Eric Martin
v.
Ryan Sass, et al.,
No. 2:24-CV-11155

Enclosed for filing find the original of "Notice of Appeal."

Eric Martin
Appellant

METROPLEX MI 480

20 AUG 2024 PM 10 L

To:

Court Clerk
U.S. District
Court,
231 W. Lafayette
Blvd.
Detroit, MI 48226

Eric Martin
9074 Clippert St.
Taylor, MI 48180

A8226-2700SG