UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Eric Martin,

                Plaintiff(s),

v.                                          Case No. 2:24-cv-11155-SJM-DRG
                                               Hon. Stephen J. Murphy III

Robert Hurst, et al.,

                Defendant(s).

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202-3988

and all interested parties, by electronic means or first class U.S. mail, on August 23, 2024.

                                              KINIKIA D. ESSIX, CLERK OF COURT


                                              By: s/ Joseph Heacox
                                                  Deputy Clerk

Dated:   August 23, 2024