United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 08/28/2024.

**Case Name:** Eric Martin v. Robert Hurst, et al
**Case Number:** 24-1709

**Docket Text:**
SHOW CAUSE order filed to have Appellant Eric Martin show cause in writing not later than 21 days from the date of this order why the appeal should not be dismissed for failure to comply with 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a).

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Eric Martin
9074 Clippert Street
Taylor, MI 48180

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix

No. 24-1709

**FILED**
Aug 28, 2024
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| ERIC MARTIN, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v.  ) | O R D E R |
| ) | |
| ROBERT HURST, et al., ) | |
| ) | |
| Defendants-Appellees. ) | |

This matter is before the court upon initial review of the notice of appeal. The district court entered its judgment on May 28, 2024. The notice of appeal filed on August 23, 2024, is late. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a), 26(a).

The record indicates that Eric Martin has not moved in the district court for reopening of the time to appeal under Federal Rule of Appellate Procedure 4(a)(6). Unless such a motion is filed in and granted by the district court, this court will be required to dismiss the appeal.

It is therefore ordered that Martin show cause in writing not later than 21 days from the date of this order why the appeal should not be dismissed for failure to comply with 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a).

It is further ordered that the briefing schedule be held in abeyance.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk