United States District Court
Eastern District of Michigan
Southern Division

Eric Martin,
    Petitioner,

v.

Ryan Sass, et al.,
    Respondents.

No. 2:24-cv-11155

Judge Stephen Murphy

## Motion To Reopen This Case

Petitioner moves to reopen this case, based on the fact that it was closed for not paying the $5.00 filing fee, which i am not paying with a $5.00 money order sent

with this motion.

Respectfully submitted,

8-27-24
Dated

Eric Martin
Eric Martin
Petitioner
One of The
Sovereign People

August 27, 2024

Court Clerk
U.S. District Court
231 W Lafayette Blvd
Detroit, MI  48226

RE:

Eric Martin
v.
Ryan Sass, et al., No. 2-24-cv-11155

Enclosed for filing find, "Motion to Reopen Case," "Enclosed $5.00 Money Order for The Extortion Filing Fee."

Sincerely,
Eric Martin
Petitioner

Eric Martin
9074 Clippert St
Taylor, MI 48180

METROPLEX MI 480
29 AUG 2024 PM 8 L

To:
Court Clerk
U.S. Marshals, U.S. District Court
231 W Lafayette Blvd
Detroit, MI 48226

48226-270099