5

United States District Court
Eastern District of Michigan
Southern Division


Eric Martin,
    Petitioner,

v.

Ryan Sass, et al.,
    Respondents.

No. 2:24-cv-11155

FILED
OCT 04 2024
CLERK'S OFFICE
DETROIT

Objections To Order Denying Motion To Reopen Case
_____

Stephen Murphy, U.S. District Judge, denied my motion/demand to reopen this case because he improperly, fraudulently, categorized my clearly submitted petition for habeas as a

non-habeas civil lawsuit and therefore subject to a $405.00 filing fee.

In support of his position Murphy says its not a habeas petition because im not alleging im in custody in violation of the Constitution, etc.

However, a habeas petition is <u>not limited</u> to just allegations of illegal physical restraint.

The Writ of Habeas Corpus <u>is not solely</u> for a liberty of physical restraint as held by the Supreme Court of The United States. Meyer v. Nebraska, 262 U.S. 390

*physical restraint being the only limit it proposed does not allow Also, Art. 1, Sec. 9 of the U.S. Constitution*

2

(1923).

Therefore, my Objections should be granted and the order denying my motion/demand to reopen this case reversed.

Sincerely,

*Eric Martin*
Eric Martin
Petitioner
One of The Sovereign People
734-934-3024

9-13-24
Dated

September 30, 2024

Court Clerk
U.S. District Court
231 W Lafayette Blvd
Detroit, MI 48226

RE:
Eric Martin
v.
Ryan Sass, et al., No. 2:24-CV-11155

Enclosed for filing find the original of "Objections to Order Denying Motion to Re-open Case."

Sincerely,

Eric Martin
Appellant

Eric Martin
9074 Clippert St.
Taylor, MI 48180

METROPLEX MI 480
30 SEP 2024 PM 4 L

To:

Court Clerk
U.S. District Court
231 W Lafayette Blvd
Detroit, MI 48226

48226-279426