Case: 24-1709 Document: 614-1 Filed: 10/29/2024 Page 1 of 1

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Oct 29, 2024
KELLY L. STEPHENS, Clerk

No. 24-1709

ERIC MARTIN,

    Plaintiff-Appellant,

v.

ROBERT HURST; ERANE C. WASHINGTON; RACHEL L. MCDUFFIE; RYAN SASS,

    Defendants-Appellees.

Before: NORRIS, KETHLEDGE, and LARSEN, Circuit Judges.

**JUDGMENT**

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk