UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

ERIC MARTIN,

           Plaintiff,         Civil Action No. 24-11155
                                       Honorable Stephen J. Murphy, III

v.

ROBERT HURST, et al

           Defendants.
_____/

## ORDER STRIKING

The Court has reviewed the following document: **Application to Proceed Without Prepaying Fees or Costs (ECF No. 15)**. The Court finds that it should be stricken for the following reasons:

☐ Missing statement of concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g.), concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

☒ **Other – Document was filed in a case that has already been**

**dismissed.**

Accordingly, the Court strikes the document.

**IT IS SO ORDERED.**

s/Stephen J. Murphy
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

Dated: March 18, 2025